| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| *versus* § | CRIMINAL ACTION NO. 4:12cr76 |
| § | |
| MATTHEW CLAYTON SICKING (1) § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636. On August 8, 2012, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendation that Matthew Clayton Sicking's Motion to Suppress Evidence and Statements (Dkt. #23) should be denied.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. It is accordingly

**ORDERED** that Matthew Clayton Sicking's Motion to Suppress Evidence and Statements (Dkt. #23) is **DENIED**.

SIGNED at Beaumont, Texas, this 6th day of September, 2012.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE